IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ISAAC ROMAINE YOUNG, | |
| Petitioner, | CIVIL ACTION NO.: 4:21-cv-168 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

After a careful and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 9). Petitioner did not file objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court, **DISMISSES** without prejudice as premature Petitioner's 28 U.S.C. § 2241 petition, and **DENIES** Petitioner leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 18th day of January, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA